# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 16, 2017

155156 & (13)

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CRAIG HECHT,
      Plaintiff-Appellee,

v

          SC: 155156
          COA: 335763
          Genesee CC: 10-093161-CL

NATIONAL HERITAGE ACADEMIES, INC.,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 5, 2017 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE the November 3, 2016 order of the Genesee Circuit Court, and we REMAND this case to that court for entry of an order granting the defendant's motion to define the scope of the trial on remand. In *Hecht v National Heritage Academies, Inc*, 499 Mich 586, 628 (2016), this Court vacated only the jury award of future economic damages; the special jury verdict finding that the plaintiff would not suffer future emotional-distress damages as a result of his termination was not vacated.



s0315

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 16, 2017



               Clerk